### S. DOLESE v. C. F. BARBEROT.

APPEAL from the District Court of the parish of Plaquemines, *Rousseau*, J. *J. Foulhauze*, for plaintiff and appellant. *L. Lombard*, for defendant.

OGDEN, J. There having been no agreement between the parties to renew the lease, and the privilege of renewing it either for three or six years accorded to the defendant by an express stipulation not having been exercised by him; the effect of his holding over after the expiration of the term of the orignal

lease, was to constitute a tacit re-conduction from month to month. See Article Civil Code 2656, 2659. *Gehabee* v. *Stanly*, 1st Ann. p. 17, and *Bowles* v. *Lin*, 6th Rob. R. 262.

<div style="text-align: right;">DOLESE<br>*v.*<br>BARBEROT.</div>

The plaintiff had judgment for more than he was entitled to, but the defendant has not appealed nor complained of the judgment in this court, and it is therefore affirmed with costs.